

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Nelda Zamir, Individually and on behalf
of all others similarly situated

Civil Action No.   15cv0408-JLS-AGS

                           **Plaintiff,**

          **V.**

See Attachment

               **JUDGMENT IN A CIVIL CASE**

                       **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Defendants' Motion to Dismiss. Accordingly, the Court dismisses with prejudice Plaintiffs' Third Amended Complaint.

**Date:**       3/12/18

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Lozano

                    M. Lozano, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.   15cv0408-JLS-AGS

Bridgepoint Education, Inc.; Andrew S. Clark; Daniel J. Devine; Patrick T Hackett; Adarsh Sarma; Warburg Pincus LLC; Warburg Pincus & Co.; Warburg Pincus Partners LLC; Warburg Pincus Private Equity VIII, L.P.